PER CURIAM.
Affirmed. Pait v. Ford Motor Co., 515 So.2d 1278 (Fla.1987); Melendez v. Dreis & Krump Mfg. Co., 515 So.2d 735 (Fla.1987); Coffman Realty, Inc. v. Tosohatchee Game Preserve, Inc., 413 So.2d 1 (Fla.1982); Watson v. First Nat’l Bank, 367 So.2d 732 (Fla. 4th DCA 1979); Willis v. L. W. Foster Sportswear Co., 352 So.2d 922 (Fla. 2d DCA 1977); Movielab, Inc. v. Davis, 217 So.2d 890 (Fla. 3d DCA 1969).